

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2017

No. 04-16-00431-CR

Crystal B. **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757C
Honorable Ron Rangel, Judge Presiding

## O R D E R

After this court granted its first motion for extension of time, the State's brief was due February 3, 2017. The State has now filed a second motion for extension of time, asking for an additional thirty days in which to file its brief. After review, we **GRANT** the State's motion and **ORDER** the State to file its brief on or before March 6, 2017.

We **order** the clerk of this court to send a copy of this order to all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court